**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DONNIE SPRINGS,**

    **Plaintiff,**

vs.                                                                            **CASE NO. 4:05CV382-MMP/AK**

**STATE OF FLORIDA, et al,**

    **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

Plaintiff brings this cause pursuant to 42 U.S.C. §1983 alleging that the State of Florida violated his rights by failing to allow him to present evidence of diminished capacity at his state court criminal trial. (Doc. 1). Initially, the Court ordered Plaintiff to submit service copies of the complaint (doc. 18), but when Plaintiff withdrew his damages claim (doc. 21), the Court reviewed the complaint more closely and decided service was inappropriate.

Plaintiff insists that he does not seek to invalidate his conviction, but the remaining relief he seeks, *i.e.* a declaratory judgment that the evidence used at his criminal trial violated his constitutional rights would necessarily invalidate his conviction making the relief he seeks habeas in nature. Further, the injunctive relief he seeks, *i.e.* an order prohibiting the state from using unconstitutional evidence in the future is too speculative to demonstrate a "real and immediate threat" of future injury in order to

satisfy the "injury in fact" requirement for seeking prospective injunctive relief.  See City of Los Angeles v. Lyons, 461 U.S. 95, 103-04, 103 S.Ct. 1660, 1665-66, 75 L.Ed.2d 675 (1983); Wooden v. Bd. of Regents, 247 F.3d 1262, 1283-84 (11th Cir.2001).

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and that the order adopting this report and recommendation direct the clerk of court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IN CHAMBERS** at Gainesville, Florida, this **23rd** day of April, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 4:05cv382-mmp/ak**