IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNIE SPRINGS,

    Plaintiff,
v.                                                       CASE NO. 4:05-cv-00382-MP-AK

CHARLES V CRIST,
STATE OF FLORIDA,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 25, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to state a claim. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that the injunctive relief Plaintiff seeks, i.e. an order prohibiting the state from using unconstitutional evidence in future trials is too speculative to demonstrate a "real and immediate threat" of future injury in order to satisfy the "injury in fact" requirement for seeking prospective injunctive relief. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this _9th_ day of October, 2007

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge